UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYLER SMITHSON, )<br>　　　Plaintiff, )<br> )<br>　vs. )<br> )<br>FRALEY TRUCK & IMPLEMENT SALES, INC. )<br>and BART FRALEY, )<br>　　　Defendants. ) | Case No.: 1:16-cv-00928-WTL-DML |

## JOINT STIPULATION OF DISMISSAL

Comes now the Plaintiff, Tyler Smithson and the Defendants, Fraley Truck & Implement Sales, Inc. and Bart Fraley, by counsel and pursuant to Federal Rule of Civil Procedure 41(a) Jointly Stipulate to the Dismissal of this case with prejudice.

 /s/ Christopher S. Wolcott　　　　　　　　　　 /s/ Robert M. Kelso
Christopher S. Wolcott #23259-32　　　　　Robert M. Kelso #5441-49
The Wolcott Law Firm LLC　　　　　　　　Kightlinger & Gray
450 E. 96th Street, Suite 500　　　　　　　　One Indiana Square, Suite 300
Indianapolis, Indiana 46240　　　　　　　　211 N. Pennsylvania Street
chris@gibbonslegalgroup.com　　　　　　　Indianapolis, IN  46204
　　　　　　　　　　　　　　　　　　　　rkelso@k-glaw.com
　　　　　　　　　　　　　　　　　　　　.

160683\3728791-1